# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ELLIOTT THOMAS**                                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 5:18-CV-00858 BSM**

**THOMAS, Sergeant, Pulaski**
**County regional Detention Facility; et al.**                                         **DEFENDANTS**

## ORDER

United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 5] is adopted and plaintiff Elliott Thomas may proceed with his failure to protect claim against defendants Thomas, Watkins, and Doe 1. Thomas's claim against defendant Doe 2 is dismissed with prejudice.

Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 17th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE