# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ELLIOTT THOMAS,**                                                                 **PLAINTIFF**
**#211477**

**v.**            **CASE NO. 4:18-CV-00858 BSM**

**ZACHARY THOMPSON, Sergeant,**
**Pulaski County Regional Detention Facility, et al.**          **DEFENDANTS**

## ORDER

United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 34] is adopted, defendants' motion for summary judgment [Doc. No. 28] is granted, and this lawsuit is dismissed without prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 3rd day of June 2019.

_____
UNITED STATES DISTRICT JUDGE